**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: May 27, 2010**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

| | |
|---|---|
| Kevin Hahn, #024277<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Second Floor<br>Irvine, California 92612<br>(949) 252-9400 (TELEPHONE)<br>(949) 252-1032 (FACSIMILE)<br>Kevin@mclaw.org<br><br>Attorneys for Movant<br>FLAGSTAR BANK,<br>and its successors and/or assignees | |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA, PHOENIX DIVISION**

| | |
|---|---|
| In re:<br><br>EDWIN A. HUTTLESTON and KELLY JO HUTTLESTON,<br><br>Debtors,<br><br>FLAGSTAR BANK, and its successors and/or assignees,<br><br>Movant,<br><br>vs.<br><br>EDWIN A. HUTTLESTON and KELLY JO HUTTLESTON, Debtors, and LOTHAR GOERNITZ, Trustee,<br><br>Respondents. | Chapter 7<br><br>Case No. 2:10-bk-10768-RJH<br><br>**ORDER LIFTING STAY**<br>**[Re: 14675 S. RORY CALHOUN, ARIZONA CITY, AZ 85223]** |

Movant's Motion for Relief From the Automatic Stay having been properly noticed and no objections thereto having been filed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay as to Movant is terminated with reference to real property generally described as 14675 S. RORY CALHOUN, ARIZONA CITY, AZ 85223 ("Property" herein) and legally described as follows:

*LOT 791, OF ARIZONA CITY UNIT SEVEN, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN BOOK 15 OF MAPS, PAGE 27.*

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall survive any subsequent conversion by the Debtors to another Chapter of the Bankruptcy Code.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE